

May 31, 2017

**VIA ELECTRONIC FILING**

The Honorable Timothy J. Sullivan
United States Magistrate Judge
United States District Court for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

    RE:    <u>Betty Woods v. Dolgencorp, LLC.</u>, Civil Action No: WMN-15-3249

Dear Judge Sullivan:

    The Parties have concluded that the next order of business in the case should be dispositive motions.

    Wherefore, the Parties, jointly and by consent, respectfully request that the Court order that that the expert discovery deadline be extended until 30 days after dispositive motions in this matter are filed, briefed and ruled upon.

    Thank you for your time and consideration.

                                      Respectfully submitted,

                                      CHRISTOPHER BOUCHER, ESQ., LLC

                                      Christopher Boucher

CC: Counsel of Record